UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:13-M-1229

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LOUIS BENNET PORTERIE | ) | |

The Government's motion is hereby granted. The case is dismissed.

August 4, 2014
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE